O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEANNE MUNDONGO MANUNGA, | ) ) | CASE NO. CV 14-09094 AG (RZ) |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| GUTIEREZ, ET AL., | ) ) | |
| Defendants. | ) ) | |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the findings and recommendations in the Report.

DATED: April 30, 2015

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE