**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE MUNDONGO MANUNGA, | CASE NO. CV 14-09094 AG (RZ) |
| Plaintiff, | |
| vs. | JUDGMENT |
| GUTIEREZ, ET AL., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed for failure to prosecute.

DATED: April 30, 2015

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE